AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Amy Rebekah Willis

Defendant

)
) Case: 1:24-mj-00220
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 7/11/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Amy Rebekah Willis__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/11/2024                              _____
                                              *Issuing officer's signature*

City and state: Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge
                                              *Printed name and title*

---

### Return

This warrant was received on (date) __7/12/24__, and the person was arrested on (date) __7/18/24__
at (city and state) __SIOUX FALLS, SD__.

Date: __7/18/24__                             _____
                                              *Arresting officer's signature*

                                              SA CHRISTOPHER J CRESSY
                                              *Printed name and title*